UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-20689-CR-HUCK/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MATTHEW PRICE, II, et. al.,

    Defendant.
_____/

## ORDER ON UNOPPOSED SECOND MOTION TO REVISE CONDITIONS OF BOND

THIS CAUSE is before the Court on Mr. Price's unopposed second motion to revise conditions of bond and the Court being fully advised, it is

**ORDERED AND ADJUDGED** that the motion is hereby Granted. Mr. Price is granted permission to travel to and from Selma, North Carolina from May 14 through May 19, 2008. All other conditions of Mr. Price's bond remain in full effect.

**DONE AND ORDERED** at Miami, Florida this 2 of May, 2008.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:    Karen Rochlin, AUSA
       Brian L. Stekloff, AFPD
       Raul Sagaro, USPO