UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-20689-CR-HUCK/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MATTHEW PRICE, II, et. al.,

    Defendant.
_____/

## ORDER ON SECOND MOTION TO CONTINUE SURRENDER DATE

**THIS CAUSE** is before the Court on Mr. Price's second motion to continue his surrender date and the Court being fully advised, it is

**ORDERED AND ADJUDGED** that the motion is hereby Granted. Mr. Price shall surrender himself into the custody of the Bureau of Prisons at the location where he is designated or to the United States Marshal's office in the Southern District of Florida by 2:00 p.m. on July 30, 2008. All conditions of Mr. Price's bond remain in full effect until that date.

**DONE AND ORDERED** at Miami, Florida this 26 of June, 2008.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:    Karen Rochlin, AUSA
       Brian L. Stekloff, AFPD
       Raul Sagaro, USPO