UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-20689-CR-HUCK/SIMONTON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MATTHEW PRICE, II, et. al.,

      Defendant.
_____/

## ORDER ON MOTION FOR DISBURSEMENT OF BOND

**THIS CAUSE** came before the Court on the Motion for Disbursement of Bond. After review of the motion, it is hereby

**ORDERED** that the motion is **GRANTED**. The Clerk of this Court is directed forthwith to disburse the Mr. Price's cash bail in the amount of **$5000.00**, plus any accrued interest to: **Ella Fields, 6411 SW 58th Ave., Miami, FL 33143**.

**DONE AND ORDERED** at Miami, Florida, this 3 day of _____, 2008.

                                  **PAUL C. HUCK**
                                  **UNITED STATES DISTRICT JUDGE**

cc:    Karen Rochlin, AUSA
       Brian Stekloff, AFPD
       Financial Deputy Clerk